UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS WRIGHT<br><br>4020 Washington Blvd. – Ste. 301<br>Arlington, VA 22201<br>703-351-6515<br><br>          Plaintiff<br><br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br><br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535<br><br>          Defendant | Case: 1:18-cv-00687<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 4/2/2018<br>Description: FOIA/Privacy Act |

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records concerning the FBI's counterterrorism training materials and doctrine, and related matters, which defendant has improperly withheld from plaintiff.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, Chris Wright, is a U.S. citizen and blogger, and the requester of the records which defendant is now withholding. Plaintiff has requested this information for use in news stories about the changes the Trump administration is making to counterterrorism training materials and doctrine. Prompt release of the information is important because of the strong public interest in counterterrorism matters.

4. Defendant FBI is an agency of the United States and has possession of the records that plaintiff seeks.

**RECEIVED**

APR 0 2 2018

Clerk, U.S. District and
Bankruptcy Courts

5. On February 20, 2018, plaintiff requested access to the above-described records through the FBI's eFOIPA online submission portal (https://efoia.fbi.gov/#home). An Electronic Tracking Number (ETN) was received - 38eecbd.

6. The request was not formally acknowledged and no request number was assigned. Plaintiff sent an inquiry on March 6, 2018 to the email address provided (foipaquestions@ic.fbi.gov) asking when formal acknowledgement would be forthcoming. The FBI responded the next day with a form letter stating, "Your request is in the process of being opened...." The statutory 20-day deadline for the agency to determine whether to comply with the request later passed without further communication from the FBI. Consequently, plaintiff sent another inquiry on March 22, 2018 offering to trim back the request in exchange for assigning a request number and commencing production of a steady stream of responsive records. The FBI responded the next day with the exact same form letter as before. Despite the passage of the statutory deadline, the FBI has not formally acknowledged the request, assigned a request number, produced any records, or communicated substantively in any way.

7. Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

WHEREFORE, plaintiff requests this honorable Court to:

(1) Order defendant to provide access to the requested records;

(2) Expedite this proceeding as provided in 28 U.S.C. § 1657;

(3) Award plaintiff costs as provided in 5 U.S.C. § 552(a)(4)(E); and

(4) Grant such other and further relief it may deem just and proper.

3

Respectfully submitted,

_____
Chris Wright
4020 Washington Blvd. – Ste. 301
Arlington, VA 22201
cwdirect@verizon.net
703-351-6515

Plaintiff (pro se)

Dated: April 2, 2018